

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00354-CV

**IN THE INTEREST OF J.I.M.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01450
Honorable Richard Garcia, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of this appeal are taxed against Appellant Juan Carlos Luevanos.

It is so **ORDERED** on July 19, 2017.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

Luz Estrada, Chief Deputy Clerk